

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jarrod Michael Taylor, Appellant

No. 06-17-00219-CR      v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2017F00163). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

 

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We note that the appellant, Jarrod Michael Taylor, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 31, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk